## JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LEONARD OSBORNE, an individual, | Case No.: CV13-05589-DMG (SSx) |
| Plaintiff, | |
| vs. | **ORDER RE JOINT STIPULATION TO DISMISS ACTION [57]** |
| SANCTUARY HOUSE OF SANTA BARBARA, INC., a California corporation, | |
| Defendant. | |

Pursuant to the parties' stipulation, and good cause appearing therefor, the above-captioned action is dismissed with prejudice as to all causes of action in the Complaint.

**IT IS SO ORDERED**.

DATED:   September 26, 2014

*[signature]*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE